APPENDIX

INDEX TO APPENDIX

Letter from Eldon Wartes to Harold Hopson, July 7, 2004,
Re: Government Repair Work in Birchwood . . . . . . . . . . . . 1

Letter from Eldon Wartes to Harold Hopson, July 30, 2004,
Re: Use of Contractors other than North Star . . . . . . . . . . 2

Letter from Eldon Wartes to Harold Hopson, Aug. 25, 2004,
Re: June 2004 Rent Abatement . . . . . . . . . . . . . . . . . . 3

Letter from Eldon Wartes to Harold Hopson, Aug. 25, 2004,
Re: Unit 1256 Vinyl Replacement . . . . . . . . . . . . . . . . . 4

Letter from Eldon Wartes to Harold Hopson, Aug. 25, 2004,
Re: May 2004 Rent Abatement . . . . . . . . . . . . . . . . . . . 5

Letter from Eldon Wartes to Harold Hopson, Aug. 26, 2004,
Re: Unit 861 Blinds Repair . . . . . . . . . . . . . . . . . . . 6

Letter from Eldon Wartes to Harold Hopson, Aug. 26, 2004,
Re: Unit 821 Replacements . . . . . . . . . . . . . . . . . . . . 7

Letter from Eldon Wartes to Harold Hopson, Aug. 31, 2004,
Re: Government Repair Work in Birchwood . . . . . . . . . . . . 8

Letter from Eldon Wartes to Harold Hopson, Sept. 9, 2004,
Re: Unit 913 Faucet Replacement . . . . . . . . . . . . . . . . . 9

Letter from Eldon Wartes to Harold Hopson, Sept. 9, 2004,
Re: Unit 916 Vinyl Replacement . . . . . . . . . . . . . . . . 10

Letter from Eldon Wartes to Harold Hopson, Nov. 22, 2004,
Re: September 2004 Rent Abatement . . . . . . . . . . . . . . . 12

Letter from Eldon Wartes to Harold Hopson, Dec. 6, 2004,
Re: October 2004 Rent Abatement . . . . . . . . . . . . . . . . 13

Letter from Eldon Wartes to Harold Hopson, Feb. 24, 2005,
Re: Unit 963 Darby-Sealing of Damaged Floors . . . . . . . . . 14

Letter from Eldon Wartes to Harold Hopson, May 20, 2005,
Re: March 2005 Rent Abatement . . . . . . . . . . . . . . . . . 15

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone 907 • 356 • 1616
Facsimile 907 • 356 • 1575
Email nsah@polarnet.com

937 Harvard Avenue East
Seattle, Washington 98102
Telephone 206 • 328 • 2000
Facsimile 206 • 328 • 4000
Email fischerprop@seanet.com

July 7, 2004

Mr. Harold Hopson
U.S. Army Corps of Engineers
Alaska District
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

**Re: Government Repair Work in Birchwood – Flooring Matching**

Dear Mr. Hopson:

We received a Memorandum from Ms. Kiser dated June 9, 2004 in response to our attached June 1, 2004 letter regarding the Government's replacement of carpet in units 624 as well as 1095 which is of a different kind. These replacements violate the standards of maintenance in the Lease as interpreted by the Contracting Officer in the COD dated November 20, 2002.

Ms. Kiser states in her memorandum that the carpet is "compatible in kind and color." We disagree. The Government is using replacement carpet that is a "cut pile plush" versus the textured loop used by North Star. These are very different kinds of carpet. The Government replacements should match in kind and color or they should be using carpet of the same kind when it replaces adjoining carpet as it requires of North Star.

North Star requests a contracting officer's decision as to whether the carpet replaced by the Government in these units is of a compatible kind to the adjacent carpet.

Ms. Kiser also states in her memorandum that the Government is not required to provide North Star with the requested invoices or other documentation requested by North Star. North Star believes it is entitled to information regarding the carpet being installed in its units by the Government, including invoices and information regarding the carpet specifications. Therefore, North Star also requests a contracting officer's decision as to whether the Government must provide North Star with this requested information.

Sincerely,

Eldon Wartes
Site Manager
North Star Alaska Housing Corporation

Cc: Rodney Everett
Connie Kiser

North Star Alaska Housing Corporation

A Fischer Properties

July 30, 2004

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fisherprop@fisherproperties.com

Mr. Harold Hopson
U.S. Army Corps of Engineers
Alaska District
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

Subject: **Use of Contractors other than North Star to Perform Maintenance and Repair Work at Birchwood**

Dear Mr. Hopson:

The Government is engaged in the practice of hiring companies other than North Star to perform initial maintenance and repairs in Birchwood housing units. This practice is contrary to the terms of the Lease, which apportions responsibilities between North Star and the Government, and provides that "[t]he Developer, at its sole cost and expense, shall operate and perform all maintenance, repairs, replacements, rehabilitation, and redecoration of the Premises in accordance with the requirements, procedures, and criteria set forth in Exhibit 'C' of this Lease (Maintenance, Repair and Operational Standards Annex)." Lease Art. VIII.

Per Exhibit C of the Lease, "[t]he Developer is responsible for the management, maintenance, repair, replacement, work reception, supervision, procurement, supply, transportation, equipment, tools, accounting, administrative services, and all operations required to support the housing site." Lease § C.1. Subsection (s) of Section C.1, which specifically addresses damages caused by occupants, states that damages caused by occupants "which are not corrected by the Government or occupant, shall be repaired by the Developer. The cost of such repairs shall be billed to the Government." Lease § C.1(s). Thus, unless an occupant repairs the damages he causes on his own, the Lease directs North Star and North Star only to conduct repairs on that unit and bill the Government. Also, "[t]he Developer shall be responsible for maintaining all real property assets provided for in this lease agreement" to the appropriate standard. Lease § E (emphasis added).

North Star requests a Contracting Officer's Decision on whether or not the Lease permits the Government to hire contractors other than North Star to perform initial repair work and maintenance on Birchwood housing units.

Sincerely,

Eldon Wartes
Site Manager

cc:

Rodney Everett
Lori Dallas

North Star Alaska Housing Corporation

FISCHER PROPERTIES

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fisherprop@fisherproperties.co

August 25, 2004

Mr. Harold D. Hopson
Chief Real Estate Division Contracting Officer
Department of the Army
U.S. Army Engineer District, Alaska
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

Re: **Request for Contracting Officer's Decision on Rent Payment Withheld by the Government – June 2004 Rent Abatement**

Dear Mr. Hopson:

We are in receipt of Mr. Everett's letter dated July 28, 2004 regarding alleged excess downtime for June 2004 in which he states $717.71 will be deducted from North Star's next rental payment. We do not agree with what appears to be inflated calculations by the Government of 7 excess downtime days for June 2004. North Star's records do not support the excess downtime calculated by the Government, which appears to have calculated the rent deduction contrary to the terms of the Lease. Note that the Government's worksheets, attached to this July 28th letter, again continue to contain errors.

North Star requests a Contracting Officer's decision on the propriety of the Government's deduction of $717.71 from North Star's rent based on the Government's calculation of June 2004 downtime - including the Government's method of calculation - especially in light of the Government's acknowledgement of the need for additional downtime for the repair of occupant caused damages.

Sincerely,

Eldon Wartes

cc: Rod Everett
Mae Harrell
Lori Dallas

North Star Alaska Housing Corporatio

FISCHER PROPERTIES

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fisherprop@fisherproperties.com

August 25, 2004

Mr. Harold D. Hopson
Chief Real Estate Division Contracting Officer
Department of the Army
U.S. Army Engineer District, Alaska
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

Re: Request for Contracting Officer's Decision on Unit 1256 Vinyl Replacement

Dear Mr. Hopson:

On July 2, 2004, North Star requested a Contracting Officer Representative's (COR) determination as to the financial responsibility for replacement of occupant-damaged vinyl in unit 1256 (see letter attached). The replacement of the upper hall bath and downstairs vinyl was necessitated by occupant damage, yet was not work authorized by the Government.

To date, we have not received a response from the COR. Note that this unit was issued to North Star July 16th and returned to the Government July 20th, without the benefit of a COR determination.

Due to the lack of a response from the COR, North Star requests a Contracting Officer's decision regarding the financial responsibility for the vinyl replacement in the upper hall bath and downstairs vinyl of unit 1256.

Sincerely,

Eldon Wartes

cc: Rodney Everett
Lori Dallas
Mae Harrell

North Star Alaska Housing Corporation

FISCHER PROPERTIES

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fisherprop@fisherproperties.co

August 25, 2004

Mr. Harold D. Hopson
Chief Real Estate Division Contracting Officer
Department of the Army
U.S. Army Engineer District, Alaska
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

Re: Request for Contracting Officer's Decision on Rent Payment Withheld by the Government – May 2004 Rent Abatement

Dear Mr. Hopson:

We are in receipt of Mr. Everett's letter dated June 30, 2004 regarding alleged excess downtime for May 2004 in which he states $252.52 will be deducted from North Star's next rental payment. We do not agree with what appears to be inflated calculations by the Government of 2.5 excess downtime days for May 2004. North Star's records do not support the excess downtime calculated by the Government, which appears to have calculated the rent deduction contrary to the terms of the Lease. Note that the Government's worksheets, attached to this June 30th letter, again continue to contain errors.

North Star requests a Contracting Officer's decision on the propriety of the Government's deduction of $252.52 from North Star's rent based on the Government's calculation of May 2004 downtime - including the Government's method of calculation - especially in light of the Government's acknowledgement of the need for additional downtime for the repair of occupant caused damages.

Sincerely,

Eldon Wartes

cc: Rod Everett
Mae Harrell
Lori Dallas

North Star Alaska Housing Corporatio

FISCHER PROPERTIES

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fisherprop@fisherproperties.co

August 26, 2004

Mr. Harold D. Hopson
Chief Real Estate Division Contracting Officer
Department of the Army
U.S. Army Engineer District, Alaska
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

Re: **Request for Contracting Officer's Decision on Unit 861 Blinds Repair or Replacement**

Dear Mr. Hopson:

On August 12, 2004, North Star requested a Contracting Officer Representative's (COR) determination as to the financial responsibility for repair or replacement of occupant-damaged blinds in unit 861 (see letter attached). The repair or replacement of the blinds in this unit are only necessitated by occupant damage, yet not work authorized by the Government.

To date, we have not received a response from the COR. Note that this unit was issued to North Star August 20th and returned to the Government August 23rd, without the benefit of a COR determination.

Due to the lack of a response from the COR, North Star requests a Contracting Officer's decision regarding the financial responsibility for the blinds repair or replacement in unit 861.

Sincerely,

Eldon Wartes

cc: Rodney Everett
Lori Dallas
Mae Harrell

North Star Alaska Housing Corporation

FISCHER PROPERTIES

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fisherprop@fisherproperties.co

August 26, 2004

Mr. Harold D. Hopson
Chief Real Estate Division Contracting Officer
Department of the Army
U.S. Army Engineer District, Alaska
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

Re: **Request for Contracting Officer's Decision on Unit 821 Replacements**

Dear Mr. Hopson:

On July 13, 2004, North Star requested a Contracting Officer Representative's (COR) determination as to the financial responsibility for replacement of occupant-damaged items in unit 821 (see letter attached). The replacement of the items discussed in our July 13th letter is necessitated by occupant damage, yet not work authorized by the Government. North Star also requested that the COR confirm that the Government will not assess a downtime penalty to North Star for the door reversal work delayed by the Government's late work authorization.

To date, we have not received a response from the COR and therefore do not have the benefit of a COR determination. The lack of a response on any of the issues in our July 13th letter is surprising since the COR inspected the refrigerator twice, once in the unit and again with me in North Star's shop after being reminded that we still had not received his determinations.

Due to the lack of a response from the COR, North Star requests a Contracting Officer's decision regarding the financial responsibility and provision of a work authorization for replacement of the refrigerator, or at least the damaged parts, and unrepaired occupant damaged items listed in paragraph three of our July 13th letter. In addition, please confirm that no downtime penalty will be assessed for the time the Government held the unit before work authorizing the door reversal. We cannot verify the downdays charged by the Government because we have not received the Government's acceptance required by the Lease.

Sincerely,

Eldon L Wartes

Eldon Wartes

cc: Rodney Everett
Lori Dallas
Mae Harrell

North Star Alaska Housing Corporation

FISCHER PROPERTIES

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fisherprop@fisherproperties.com

August 31, 2004

Mr. Harold Hopson
U.S. Army Corps of Engineers
Alaska District
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

**Re: Government Repair Work in Birchwood – Flooring Matching**

Dear Mr. Hopson:

The contracting officer's decision request dated July 7, 2004 regarding flooring matching references unit 624. This is in error as the correct unit number in which the Government replaced carpet is unit 623. Both Ms. Kiser and I mistakenly referred to the erroneous unit number in correspondence dealing with unit 623.

We again request a contracting officer's decision as to whether the carpet replaced by the Government is of a compatible kind to the adjacent carpet.

Sincerely,

Eldon Wartes
Site Manager
North Star Alaska Housing Corporation

Cc: Rodney Everett
Connie Kiser

North Star Alaska Housing Corporation

FISCHER PROPERTIES

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fisherprop@fisherproperties.com

September 9, 2004

Mr. Harold D. Hopson
Chief Real Estate Division Contracting Officer
Department of the Army
U.S. Army Engineer District, Alaska
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

Re: **Request for Contracting Officer's Decision on 913 Faucet Replacement**

Dear Mr. Hopson:

The occupant in unit 913 Erwin replaced the master bath faucet with a different brand. The occupant was aware that the replacement needed to be with the same model, brand and kind of faucet and expected to be responsible for proper replacement. On September 7, 2004, the Birchwood Housing Manager (BHM) informed me that "the occupant is not required to replace items with the same, just like items." This is not correct and has never been the case because when North Star performs repairs, we cannot be expected to stock an inventory of parts for all models, brands and kinds of replacement items, except those we normally inventory.

The BHM appears to be unaware of what is involved in parts maintenance. We have explained our position on this subject to the BHM without agreement. Therefore, North Star requests a contracting officer's decision regarding whether the occupant or the Government may replace parts in Birchwood homes with different models, brands and kinds, impairing North Star's ability to perform repairs.

Sincerely,

Eldon Wartes

cc: Rod Everett
Mae Harrell
Lori Dallas

North Star Alaska Housing Corporation

FISCHER PROPERTIES

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fisherprop@fisherproperties.com

September 9, 2004

Mr. Harold D. Hopson
Chief Real Estate Division Contracting Officer
Department of the Army
U.S. Army Engineer District, Alaska
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

Re: **Request for Contracting Officer's Decision on 916 Vinyl Replacement**

Dear Mr. Hopson:

In the attached letter dated September 1, 2004, North Star requested that the contracting officer's representative (COR) provide a determination of the financial responsibility for vinyl replacement in unit 916. Housing called for replacement of only the bathroom vinyl due to a crack, which North Star believes was repairable. Housing did not, however, call for replacement of the contiguous dining room and kitchen vinyl which was damaged by the occupant. As stated in our September 1st letter, it appears that the Government was directing replacement of the bathroom vinyl at North Star's expense in order to improperly place the financial burden on North Star of replacement of the contiguous dining room and kitchen vinyl.

On September 7th, the COR responded that since Housing had not directed replacement of the dining room and kitchen vinyl, he could not make a determination of financial responsibility. He further stated that "There is no need to replace the vinyl in the kitchen/dining room at this time". This he determined knowing that the bathroom vinyl is one piece of flooring contiguous with the dining/kitchen area with no seam at the bathroom doorway.

The lack of the Government's requiring replacement of the dining room and kitchen vinyl is contrary to, and in direct conflict with, matching requirements which have been the subject of previous determinations made by the Contracting Officer. For example, see COD dated January 31, 2003 in which you discuss matching surfaces to meet the pleasing appearance requirements of Sec. E of the Lease. See also the COD dated November 20, 2002 in which you conclude flooring replacements must be compatible in kind and color with adjacent flooring. This can only be accomplished by full replacement of the contiguous downstairs vinyl in this unit.

North Star Alaska Housing Corporation

FISCHER PROPERTIES

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fisherprop@fisherproperties.com

We have determined, based upon the above, that replacement of only the bathroom vinyl was not an option and all contiguous downstairs vinyl in this unit has now been replaced.

North Star should not bear financial responsibility for replacing the occupant damaged dining room and kitchen vinyl. Therefore, North Star requests a contracting officer's decision regarding the financial responsibility for the replacement of this occupant damaged dining room and kitchen vinyl.

Sincerely,

Eldon Wartes

cc: Rod Everett
Mae Harrell
Lori Dallas

North Star Alaska Housing Corporation

FISCHER PROPERTIES

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fisherprop@fisherproperties.coı

November 22, 2004

Mr. Harold D. Hopson
Chief Real Estate Division Contracting Officer
Department of the Army
U.S. Army Engineer District, Alaska
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

Re: Request for Contracting Officer's Decision on Rent Payment Withheld by the Government – September 2004 Rent Abatement

Dear Mr. Hopson:

We are in receipt of Mr. Everett's letter dated October 22, 2004 regarding alleged excess downtime for September 2004 in which he states $1,896.80 will be deducted from North Star's next rental payment. We do not agree with what appears to be inflated calculations by the Government of 18.5 excess downtime days for September 2004. North Star's records do not support the excess downtime calculated by the Government, which appears to have calculated the rent deduction contrary to the terms of the Lease. Note that the Government's worksheets, attached to this October 22nd letter, again continue to contain errors.

North Star requests a Contracting Officer's decision on the propriety of the Government's deduction of $1,896.80 from North Star's rent based on the Government's calculation of September 2004 downtime - including the Government's method of calculation. Please consider the Government's acknowledgement of the need for additional downtime for the repair of occupant caused damages in making your decision.

Sincerely,

Eldon Wartes

cc: Rod Everett
Mae Harrell
Lori Dallas

North Star Alaska Housing Corporatio

FISCHER PROPERTIES

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fisherprop@fisherproperties.com

December 6, 2004

Mr. Harold D. Hopson
Chief Real Estate Division Contracting Officer
Department of the Army
U.S. Army Engineer District, Alaska
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

Re: Request for Contracting Officer's Decision on Rent Payment Withheld by the Government – October 2004 Rent Abatement

Dear Mr. Hopson:

We are in receipt of Mr. Everett's letter dated December 2, 2004 regarding alleged excess downtime for October 2004 in which he states $101.01 will be deducted from North Star's next rental payment. We do not agree with what appears to be an inflated calculation by the Government of 1 excess downtime day for October 2004. North Star's records do not support the excess downtime calculated by the Government, which appears to have calculated the rent deduction contrary to the terms of the Lease. Note that the Government's worksheets, attached to this December 2nd letter, again continue to contain errors.

North Star requests a Contracting Officer's decision on the propriety of the Government's deduction of $101.01 from North Star's rent based on the Government's calculation of October 2004 downtime - including the Government's method of calculation. Please consider the Government's acknowledgement of the need for additional downtime for the repair of occupant caused damages in making your decision.

Sincerely,

Eldon Wartes

cc: Rod Everett
Mae Harrell
Lori Dallas

North Star Alaska Housing Corporation

FISCHER PROPERTIES

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fischerprop@fischerproperties.co[m]

February 24, 2005

Mr. Harold D. Hopson
Chief Real Estate Division Contracting Officer
Department of the Army
U.S. Army Engineer District, Alaska
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

Re: Request for Contracting Officer's Decision on 963 Darby–Sealing of Damaged Floors

Dear Mr. Hopson:

We received a letter from Ms. Dallas dated January 5, 2005 stating that the floor in unit 963, which was damaged by the occupant, "was sealed/treated to the Governments acceptable standards for performing this work". As stated in our attached letter to Ms. Dallas dated January 5, 2005, we disagree. When this unit was issued to North Star for maintenance work, the Government had already replaced the damaged carpet and pad. The Government did not properly seal the urine damaged floors in this unit. Complete sealing of the room's floors where damage permeated is necessary which was not accomplished.

As previously stated, if the Government is going to accomplish carpet replacement in our units (which we do not believe is proper under the lease), it must follow procedures necessary to maintain the units in accordance with proper standards. The Government's failure to properly seal the floors violates the lease and is contrary to the Government's past determination of work to be accomplished.

We request a Contracting Officer's decision regarding whether the Government is required to perform a complete sealing of urine damaged rooms. Again, if the Government continues to ignore the applicable standards, this matter will be part of the claim.

Sincerely,

Eldon L Wartes

Eldon Wartes
Site Manager

Cc: Lori Dallas

North Star Alaska Housing Corporation

FISCHER PROPERTIES

See response dtd
Jun 14, 2005

1066 7th Infantry Division Loop
Fairbanks, Alaska 99703
Telephone: 907.356.1616
Facsimile: 907.356.1575
nsah@acsalaska.net

937 Harvard Avenue East
Seattle, Washington 98102
Telephone: 206.328.2000
Facsimile: 206.328.4000
fischerprop@fischerproperties.co

May 20, 2005

Mr. Harold D. Hopson
Chief Real Estate Division Contracting Officer
Department of the Army
U.S. Army Engineer District, Alaska
P.O. Box 6898
Elmendorf AFB, Alaska 99506-6898

Re: Request for Contracting Officer's Decision on Rent Payment Withheld by the Government – March 2005 Rent Abatement

Dear Mr. Hopson:

We are in receipt of your letter dated May 9, 2005 regarding alleged excess downtime for March 2005 in which you state $207.84 will be deducted from North Star's next rental payment. We do not agree with what appears to be an inflated calculation by the Government of 2 excess downtime days for March 2005. North Star's records do not support the excess downtime calculated by the Government, which appears to have calculated the rent deduction contrary to the terms of the Lease. Note that the Government's worksheets, attached to this May 9th letter, again continue to contain errors.

North Star requests a Contracting Officer's decision on the propriety of the Government's deduction of $207.84 from North Star's rent based on the Government's calculation of March 2005 downtime - including the Government's method of calculation. Please consider the Government's acknowledgement of the need for additional downtime for the repair of occupant caused damages in making your decision.

Sincerely,

Eldon Wartes

cc: Mae Harrell
Lori Dallas

North Star Alaska Housing Corporation

FISCHER PROPERTIES