IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-930C<br>Judge Allegra |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT**

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims, plaintiff respectfully requests a fourteen day enlargement of time, from August 31, 2006 to September 14, 2006, to file plaintiff's opposition to defendant's motion to dismiss for lack of subject matter jurisdiction. This is plaintiff's first request for an enlargement of time for this purpose. Plaintiff has contacted defendant's counsel of record about this motion and defendant consents to the motion.

The motion for enlargement is necessitated because fact witnesses necessary to assist plaintiff's counsel in preparing a response to defendant's motion are unavailable over the next two weeks. Accordingly, plaintiff requests this extension in order to allow sufficient time to prepare its response to defendant's motion to dismiss.

DATED: August 21, 2006

Respectfully submitted,

s/ Paul W. Killian

PAUL W. KILLIAN
Akin Gump Strauss Hauer & Feld, L.L.P.
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 887-4000 (phone)
(202) 887-4288 (fax)

**CERTIFICATE OF FILING**

I hereby certify that a true and correct copy of the foregoing Plaintiff's Unopposed Motion for Enlargement was filed electronically on this 21st day of August 2006.

s/ Paul W. Killian

Paul W. Killian