IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORP., | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-930C |
| v. | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's March 20, 2007 order, the parties report that this case should be stayed until July 2, 2007, to allow the parties time to attempt to settle the case.

In the event that the parties do not report by July 2, 2007, that they have settled this case, defendant, the United States, proposes that the Court resolve defendant's pending motion to dismiss certain claims and adopt the following schedule for further proceedings:

| | |
|---|---|
| August 17, 2007 | Completion of fact discovery; |
| October 19, 2007 | Disclosure of expert opinions; |
| December 14, 2007 | Disclosure of expert rebuttal opinions; |
| December 31, 2007 | Completion of expert discovery; |
| May 5, 2008 | Trial in Fairbanks, Alaska. |

In the event that the parties do not report by July 2, 2007, that they have settled this case, Plaintiff, North Star Alaska Housing Corp., proposes that it will then either submit a proposed schedule or ask the Court to extend the stay and dismiss certain of its claims without prejudice, to allow Plaintiff to

resubmit such claims to the Contracting Officer for a Final Decision.

The parties also propose that this case be consolidated with Case No. 04-1396C (Fed. Cl.).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

**s/ Paul W. Killian**
PAUL W. KILLIAN
Akin Gump Strauss Hauer
& Feld LLP
1333 New Hampshire Ave., N.W.
Washington, DC 20036
Tel: (202) 887 4000
Fax: (202) 887-4288
Attorney for Plaintiff

May 18, 2007

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL
ANA-VALLI GORDON
Assistant District Counsel
United States Army Corps of Engineers
Galveston District
Attorneys for Defendant

May 18, 2007

Certificate of Filing

I hereby certify that on May 18, 2007, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

**s/ Paul W. Killian**