# In The United States Court of Federal Claims

No. 05-930C

(Filed: May 24, 2007)

NORTH STAR ALASKA HOUSING CORPORATION,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On May 18, 2007, the parties filed a joint status report in this case and in *North Star Alaska Housing Corp. v. United States*, No. 04-1396C, which involves the same contract. The parties ask the court to stay these cases pending settlement discussions and to consolidate them. Accordingly,

1. Pursuant to RCFC 42(a), the Clerk is hereby directed to consolidate this case with the previously filed matter, No. 04-1396.

2. The consolidated case shall be stayed immediately upon consolidation.

3. On or before July 2, 2007, the parties shall file a joint status report informing the court of the state of settlement.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge