IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORP., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Nos. 04-1396, 05-930C |
| v. | ) | |
| | ) | (Judge Allegra) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's May 27, 2007 order, the parties report that, on June 14, 2007, they met to discuss settlement of all claims related to the housing lease at issue in these cases and in those consolidated under Case No. 98-168C (Fed. Cl.). Plaintiff provided defendant information that defendant is considering. Plaintiff also informed defendant that it would be providing additional information soon. Defendant expects that its consideration of the information that plaintiff provided on June 14, 2007, will require approximately 21 days, and the parties expect that any subsequent, further attempts to achieve a "global" settlement would require at least an additional 21 days; that is, until at least July 26, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
by s/Franklin E. White, Jr.
DONALD E. KINNER
Assistant Director

s/Paul W. Killian
PAUL W. KILLIAN
Akin Gump Strauss Hauer
& Feld LLP
1333 New Hampshire Ave., N.W.
Washington, DC 20036
Tel: (202) 887 4000
Fax: (202) 887-4288
Attorney for Plaintiff

June 18, 2007

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL
ANA-VALLI GORDON
Assistant District Counsel
United States Army Corps of Engineers
Galveston District
Attorneys for Defendant

June 15, 2007

Certificate of Filing

I hereby certify that on June 18, 2007, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.