IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NORTH STAR ALASKA HOUSING CORP., | ) | |
| Plaintiff, | ) | |
| | ) | No.98-168C |
| v. | ) | |
| | ) | (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the Court's June 27, 2007 order, the parties submit the following status report.

Plaintiff's Statement: North Star Alaska Housing Corp. ("North Star") reports that since the June 14, 2007 meeting between the parties, the United States has not made any offer of settlement of Case No. 98-168C (Fed. Cl.) and has instead stated that it requires an audit of the amounts presented to it by North Star at said meeting. Accordingly, North Star requests that the Court issue its Final Judgment for Case No. 98-168C.

Defendant's Statement: Pursuant to the Court's June 27, 2007 order, the United States reports that, since the parties' June 14, 2007 meeting, they have discussed settlement of all claims related to the housing lease at issue in these cases and in those consolidated under Case No. 98-168C (Fed. Cl.). The United States reports that the audit to which North Star refers would be a part of the consideration by the contracting officer of any future claims submitted by plaintiff to the contracting officer. The Government has determined that neither a global

settlement nor a settlement of Case No. 98-168C (Fed. Cl.) (consolidated) is possible. The Government will continue to explore the possibility of settling Case Nos. 04-1396 and 05-930C (Fed. Cl.).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Paul W. Killian
PAUL W. KILLIAN
Akin Gump Strauss Hauer
& Feld LLP
1333 New Hampshire Ave., N.W.
Washington, DC 20036
Tel: (202) 887 4000
Fax: (202) 887-4288
Attorney for Plaintiff

July 23, 2007

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL
ANA-VALLI GORDON
Assistant District Counsel
United States Army Corps of
Engineers
Galveston District
Attorneys for Defendant

July 23, 2007

Certificate of Filing

I hereby certify that on July 23, 2007, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.