IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| NORTH STAR ALASKA HOUSING CORP.,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | Nos. 04-1396C, 05-930C<br>(Judge Allegra) |

JOINT MOTION TO DISMISS CERTAIN CLAIMS

The parties respectfully request that the Court dismiss the following from Case Nos. 04-1396C and 05-930C (Fed. Cl.), with prejudice, and with both parties to bear their own fees, expenses, and costs related to the following:

1. the claims set forth in ¶¶ 76-105 of the complaint in Case No. 04-1396C (Fed. Cl.), and all "diminution in value" claims otherwise set forth in the complaint in Case No. 04-1396C (Fed. Cl.);

2. the claims set forth in ¶¶ 54-58 and 74-78 of the complaint in Case No. 05-930C (Fed. Cl.), and all "diminution in value" claims otherwise set forth in the complaint in Case No. 05-930C (Fed. Cl.), including those set forth in ¶¶ 81, 85, and at page 16 ¶ A.

The parties request the Court's expedited consideration of this request. The parties view the dismissal of the claims set forth above as critical to the parties' goal of stipulating to the dismissal of the remaining claims set forth in Case Nos. 04-1396C and 05-930C (Fed. Cl.) by September 30, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
by s/Brian M. Simkin
DONALD E. KINNER
Assistant Director

s/Paul W. Killian
PAUL WESLEY KILLIAN
Akin, Gump, et al.
1333 New Hampshire Ave., N.W.
Suite 400
Washington, DC 20036
Tel: (202) 887-4000

Attorney for Plaintiff

Date: September 26, 2007

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL
ANA-VALLI GORDON
Assistant District Counsel
United States Army Corps of Engineers
Galveston District

Attorneys for Defendant

September 20, 2007

Certificate of Filing

I hereby certify that on September 26, 2007, a copy of the foregoing Joint Motion To Dismiss Certain Claims was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Paul W. Killian